IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAREMARKPCS HEALTH, L.P., a Delaware Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6272 |
| vs. | ) ) | Judge Filip |
| WALGREEN CO., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF EMERGENCY MOTION FOR**
**TEMPORARY RESTRAINING ORDER**

    **PLEASE TAKE NOTICE** that, on November 7, 2007 at 1:30 pm, counsel for Plaintiff, CaremarkPCS Health, L.P, will appear before the Honorable Mark Filip in the courtroom usually occupied by him, Room 1919 of Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present CAREMARKPCS HEALTH, L.P.'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, a copy of which was previously served on you.

Date:  November 6, 2007

                                                           Respectfully submitted,

                                                           CAREMARKPCS HEALTH, L.P.

                                                           By: /s/ Peter J. Kocoras
                                                               One of Plaintiff's Attorneys

Howard M. Pearl
Peter J. Kocoras
Courtney M. Oliva
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (telephone)
(312-558-5700 (facsimile)

## CERTIFICATE OF SERVICE

  The undersigned attorney states that he caused a true and correct copy of the above-described NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER to be filed with the Clerk of the Court, and further caused the same document to be served on counsel for Defendant, via e-mail and/or facsimile, on this 6th day of November, 2007.

Dana I. Green
Senior Vice President – General Counsel, Corporate Secretary
Walgreen Co.
200 Wilmot Road
Deerfield, Illinois 60015
Fax: (847) 914-3109

By: /s/ Peter J. Kocoras