UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAREMARKPCS HEALTH, L.P., a Delaware Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) | No. 07-C-6272 |
| v. | ) ) | Honorable Mark Filip |
| WALGREEN CO., an Illinois Corporation | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  All Attorneys of Record (See Attached Service List)

     PLEASE TAKE NOTICE that on November 7, 2007 at 1:30 P.M., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Mark Filip, or any judge sitting in his stead, in the Room usually occupied by him, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached MOTION OF DEFENDANT WALGREEN CO. TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION, a copy of which is attached herewith.

Dated:  November 7, 2007                        Respectfully submitted,

s/ Andrew B. Bloomer, P.C.
Richard C. Godfrey, P.C.
Andrew B. Bloomer, P.C.
Michael A. Duffy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

Counsel for Defendant Walgreen Co.

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused a true and correct copy of the above-described MOTION OF DEFENDANT WALGREEN CO. TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION, to be served upon the following attorneys of record for plaintiff, by messenger and via email, on November 7, 2007, at the following address:

> Howard M. Pearl
> Peter J. Kocoras
> Courtney M. Oliva
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (312) 558-5700 (facsimile)
> hpearl@winston.com
> pkocoras@winston.com
> coliva@winston.com

/s/Andrew B. Bloomer, P.C.