## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6272 | **DATE** | November 7, 2007 |
| **CASE TITLE** | CaremarkPCS Health, L.P. v. Walgreen Co. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Emergency Motion for Temporary Restraining Order and Defendant's Motion to Dismiss or, in the Alternative, Stay Pending Arbitration are entered and continued until the hearing scheduled for Tuesday, November 13, 2007 at 1:30pm. The parties have agreed that Defendant will not terminate its participation in the four health benefit plans alleged in plaintiff's complaint through the aforementioned hearing on November 13, 2007 at 1:30 pm.

■ [For further details see text below.]                                                  Docketing to mail notices.

### STATEMENT