# Exhibit 1



# Frequent questions about Walgreens leaving pharmacy network for WEA Trust

**Q: Is it true that I can no longer use Walgreens pharmacies to fill prescriptions?**
A: You can still fill prescriptions at Walgreens. However, you may be required to pay the full cost of the prescription in order to receive your medication. Walgreens has elected to withdraw from the pharmacy network for WEA Trust health plan members. As early as November 13, 2007, Walgreens will not honor the Trust ID card and submit claims on behalf of our members.

**Q: Why is this happening?**
A: This action stems from a contract dispute between Walgreens and Caremark (Caremark administers the prescription drug program for WEA Trust). Unfortunately, the Trust is caught in the middle. In order to put pressure on Caremark, Walgreens has unilaterally, and without provocation, decided that they will no longer serve selected groups, including Trust-insured public school employees and their families.

**Q: Is it possible Walgreens could return to the network?**
A: We are continuing to pursue all avenues in an effort to keep Walgreens in the network. However, we do not know how long these processes may take or if they will be successful.

**Q: What can I do to help?**
A: You can take your prescription elsewhere to be filled. You can tell Walgreens pharmacists that you are upset by Walgreens actions and their decision. You can call Walgreens' corporate offices at (847) 940-2500 and express your frustration with this action.

**Q: Why was there such short notice?**
A: It was Walgreens' decision. They elected to do this without providing sufficient time for their patrons to transfer their prescriptions in an orderly fashion. They have done nothing to help prepare their customers for this change.

**Q: Do I now have to pay more for prescriptions filled at retail pharmacies?**
A: No. You may continue to take full advantage of your prescription benefit by using pharmacies that participate in our pharmacy network.

**Q: How do I transfer my prescription to another pharmacy?**
A: If you have an existing prescription at Walgreens with refills remaining, in most cases* you can easily have your new pharmacy transfer the prescription for you:

- Call or visit the nearest participating retail pharmacy. Bring your prescription vial to the pharmacy or provide the necessary information on the label to the pharmacist over the phone and the new pharmacy will handle your next refill.
- You do not need to return to Walgreens to transfer your prescription. The prescription vial contains all the information needed.

\* For some medications (e.g., controlled substances, compounds, expired prescriptions, and prescriptions with no refills) a new prescription will be necessary.

**Q: What if I don't have time to transfer my prescription to another pharmacy?**
A: If you need to fill your prescription immediately and you are unable to make arrangements with an in-network pharmacy to purchase your prescription drugs, you may purchase your prescription drugs from Walgreens and submit the claim to Caremark for reimbursement. For prescription drugs purchased from Walgreens through December 8, 2007, the Trust will ensure that you incur no more out-of-pocket cost than you would have incurred if you had filled your prescription from an in-network pharmacy.

**Q: How do I submit a claim if I pay full price for a prescription at Walgreens?**
A: You must complete and submit a Prescription Claim Form. You may request a form by calling Caremark customer service at (866) 818-6912 or you can download a copy from our Web site or the Caremark Web site.

**Q: Have any other pharmacies terminated from the network?**
A: No. This is strictly a Walgreens issue. There has been no change in the rest of the pharmacy network.

**Q: How do I find other participating pharmacies?**
A: You can register at caremark.com and use the "Find a Local Pharmacy" feature. You may also call Caremark customer service at (866) 818-6912.

**Q: What major retail chains are part of the pharmacy network?**
A: Our pharmacy network includes most Wisconsin independent pharmacies and retail chains, including Target and Shopko.

**Q: Am I now required to use mail service to fill my prescriptions?**
A: No. You may fill your prescriptions at any of the other 56,000 locations in the pharmacy network. Because your benefit plan includes a mail service option, you can use it to fill prescriptions for long-term medications. If you would like help to transfer prescriptions to the mail service, call Caremark customer service at (866) 818-6912.

**Q: Did my plan design change?**
A: No. Your plan design has not changed. Walgreens has chosen to terminate participation as part of the retail pharmacy network for your benefit plan.

Home ▸ Trust News ▸

## IF YOU USE A WALGREENS PHARMACY, PLEASE READ THIS





### Walgreens dropping out of pharmacy network

Walgreens pharmacies have elected to withdraw from our pharmacy network. We received word from Caremark, the company that administers our prescription drug program, that as early as November 13, 2007, Walgreens will not honor the Trust ID card and submit claims on behalf of our members.

This action stems from a contract dispute between Caremark and Walgreens. In order to put pressure on Caremark, Walgreens has unilaterally, and without provocation, decided that they will no longer serve Trust-insured public school employees and their families. Walgreens will also stop filling prescriptions for employees and families of four other major corporations in the upper Midwest, including Johnson Controls, based in Milwaukee.

### What does this mean for Trust health plan members?
We recommend you transfer your prescriptions to a retail pharmacy that continues to participate in our network. To identify local pharmacies that participate in our pharmacy network, register at **caremark.com** and use the "Find a Local Pharmacy" feature. You may also call Caremark customer service at (866) 818-6912.

### How to transfer prescriptions
If you have an existing prescription at Walgreens with refills remaining, in most cases* you can easily have your new pharmacy transfer the prescription for you.

- Call or visit the nearest participating retail pharmacy. Bring your prescription container to the pharmacy or provide the necessary information on the label to the pharmacist over the phone and the new pharmacy will handle your next refill.
- You do not need to return to Walgreens to transfer your prescription. The prescription container has all the information needed.

*For some medications (e.g., controlled substances, compounds, expired prescriptions, and prescriptions with no refills) a new prescription will be necessary.*

New prescriptions may be filled at any participating network pharmacy.

### If you must fill your prescription immediately
If you are unable to make immediate arrangements with an in-network pharmacy to purchase your prescription drugs, you may purchase your prescription drugs from Walgreens and submit the claim to Caremark with a **Prescription Claim Form** for reimbursement. For prescription drugs purchased from Walgreens through December 8, 2007, the Trust will ensure that you incur no more out-of-pocket cost than you would have incurred if you had filled your prescription from an in-network pharmacy.

Check weatrust.com for updated information.

### Related Information

- **Frequent questions** on the Walgreens situation
- Print **a Prescription Claim Form**
- Register at **caremark.com** to use "Find a Local Pharmacy" feature

Sidebar:
- All News
- Auto & Home Insurance
- Health Plan
- Other Benefit Plans
- Retirement Services
- Trust News

**Other WEA Trust News**
- IF YOU USE A WALGREENS PHARMACY, PLEASE READ THIS
- Keep the Trust informed about other insurance coverage
- Plan for a healthy pregnancy with WEA Trust Club Mom