# Exhibit 2



[DATE], 2007

[PLAN PARTICIPANT NAME]
[ADDRESS]
[CITY, STATE ZIP]

*Transfer your Walgreens prescription to a participating pharmacy*

Dear Plan Participant:

We at Caremark are pleased to administer the prescription benefit portion of your health plan for WEA Trust. As part of this service, we are alerting you to the possibility that Walgreens pharmacies may refuse to submit your prescriptions for reimbursement by WEA Trust on your behalf. Walgreens recently informed us that they will be terminating participation as part of the retail pharmacy network for The WEA Trust and a number of our other customers in the upper Midwest effective November 9, 2007.

If Walgreens refuses to fill your prescription using your prescription benefit, we recommend you transfer your prescriptions to a retail pharmacy that continues to participate in our network. To assist you with the transition to another participating pharmacy in the Caremark Retail Pharmacy Network, we have identified three participating pharmacies closest to your home where you can use your prescription benefit.

[PHARMACY NAME/ADDRESS PHONE]
[PHARMACY NAME/ADDRESS PHONE]
[PHARMACY NAME/ADDRESS PHONE]

You may also locate other in-network pharmacies by registering at www.caremark.com and using the "Find a Local Pharmacy" feature on the Web site. You will receive the full benefit of your WEA Trust prescription benefit plan at any in-network pharmacy. The Caremark Retail Pharmacy Network includes 934 Wisconsin locations, more than eight out of ten pharmacy locations within the State, and nearly nine out of every ten pharmacies in the nation.

If you are unable to find another pharmacy on such short notice and need to fill your prescription immediately, Walgreens may require you to pay for the drugs in full at the time they are dispensed. If that should happen, you may submit your claim to Caremark for payment. Please call Caremark Customer Care toll-free at 1-866-818-6912 for details on how to submit claims.

**Easy to Switch**
If you have an existing prescription at Walgreens with refills remaining, in most cases* you can easily have your new pharmacy transfer the prescription for you.
- Call or visit the nearest participating retail pharmacy (listed above). Bring your prescription container to the pharmacy or provide the necessary information on the label to the pharmacist over the phone and the new pharmacy will handle your next refill.
- You do not need to return to Walgreens to transfer your prescription. The prescription container has all the information needed.

New prescriptions may be filled at any participating network pharmacy.

If you have an existing prescription at Walgreens, we recommend that you transfer your prescriptions to an in-network pharmacy as soon as possible in order to avoid unanticipated out of pocket costs in excess of your copayment**. This will also help you avoid any possible delays and ensure that you receive your next refill in a timely way.

Sincerely,
Caremark

*For some medications (i.e., controlled substances, compounds, expired prescriptions and prescriptions with no refills, etc.) a new prescription will be necessary.
**Copayment, coinsurance or copay means the amount a plan participant is required to pay for a prescription in accordance with a Plan, which may be a deductible, a percentage of the prescription price, a fixed amount or other charge, with the balance, if any, paid by a Plan. Your privacy is important to us. Our employees are trained regarding the appropriate way to handle your private health information.

106-13015q