# Exhibit 3

IMPORTANT NEWS

Walgreens recently informed Caremark that they will be terminating their participation as part of the retail pharmacy network for ArcelorMittal and 4 other companies. ArcelorMittal employees, retirees and their dependents will no longer be able to use their prescription benefit at Walgreens retail pharmacies. If a member chooses to fill prescriptions at Walgreens, they will be required by Walgreens to pay full price, rather than their usual copay* or coinsurance* amount.

This is scheduled to become effective this Friday, November 9, 2007.
Caremark is seeking a temporary restraining order in federal court this morning to stop this action by Walgreens. At the very least, the judge hopefully will delay the cut off to November 23, to allow for a more orderly transition.

IN THE MEANTIME, we need to get the word out to employees and retirees that this may happen very soon. Caremark has prepared an individualized letter for all members that 1) will inform them of Walgreens' status, 2) will identify alternative in-network pharmacies near their homes, 3) will tell them how to get their prescriptions transferred and 4) remind them to take their Caremark benefit card to the new pharmacy in order to get their information on file. This letter will be mailed immediately if the outcome of the temporary restraining order is not favorable.

To HR Managers: please notify your local union presidents that this may occur. For those locations who hand out checks this week, please prepare something to hand out with the checks advising employees that this may occur. We don't want employees thinking their "cards don't work" or that they are suddenly ineligible--it is only at Walgreens that this will occur.

I apologize for the uncertainty--we are getting hourly updates from Caremark about this situation. It could be settled before Friday but in the meantime I would encourage people to review their personal prescription "situation" before Friday. If I had a new prescription to fill, I would probably not use Walgreens simply because I don't know what their status will be in the future.

This is a very strange situation since ArcelorMittal does not contract directly with Caremark--we contract via a coalition of 130 employers with 500,000 members. All of the employers in the coalition, including ArcelorMittal, have the exact same reimbursement terms with Walgreens via Caremark. The only difference between us and the other coalition members is our heavy Chicago land (including northwest Indiana) presence.
The other employers who have been targeted by Walgreens also have large populations in this area.