# Exhibit 4-A

■ Walgreens Stores
● Chain Pharmacies
● Independent Pharmacies
▢ 1.5 Mile Ring
▨ Chicago MSA

| Walgreens Store | Closest Chain Competitor | Distance | Closest Independent Competitor | Distance |
|---|---|---|---|---|
| 259 | DOMINICKS | 0.34 | FARMACIA BELMONT INC | 0.01 |
| 6629 | DOMINICKS | 0.52 | AMAR INC | 0.01 |
| 120 | DOMINICKS | 0.47 | HEENA VITAL RX INC | 0.01 |
| 7179 | CVS | 0.86 | DAMER AND CARTWRIGHT | 0.01 |
| 2447 | OSCO | 0.22 | C S FAMILY | 0.01 |
| 5384 | DOMINICKS | 3.42 | CLARENDON | 0.02 |
| 6176 | CVS | 1.37 | WOODRIDGE | 0.02 |
| 7559 | CVS | 0.16 | RX INNOVATIONS OF AMERICA INC | 0.03 |
| 209 | DOMINICKS | 0.97 | PARTNERS IN CARE LLC | 0.03 |
| 3433 | DOMINICKS | 1.52 | ATCHA CARE | 0.03 |
| 3926 | DOMINICKS | 2.01 | CONNEYS | 0.03 |
| 1147 | PARKWAY | 0.29 | OUTPATIENT SERVICES | 0.03 |
| 226 | CVS | 0.18 | FARMACIA CENTRO MEDICO | 0.04 |
| 4874 | DOMINICKS | 3.08 | TOTAL SERVICES LLC | 0.04 |
| 829 | DOMINICKS | 1.69 | PAPA MEDICAL | 0.04 |
| 3949 | CVS | 0.21 | SAN JUAN | 0.05 |
| 6377 | OSCO | 3.11 | AMERICAN SERVICE AND PRODUCT INC | 0.05 |
| 3710 | OSCO | 4.94 | BASINGERS LOCKPORT | 0.05 |
| 7054 | CAREMARK | 0.13 | IVAN T MATTHEI | 0.05 |
| 7100 | OSCO | 2.44 | ELGIN CENTER | 0.05 |
| 7212 | OSCO | 1.81 | HOBSON | 0.05 |
| 2289 | DOMINICKS | 3.36 | C S FAMILY | 0.05 |
| 3929 | TARGET | 1.07 | JOLIET PROFESSIONAL | 0.05 |
| 7876 | OSCO | 0.06 | JACKSON PARK PHCY | 0.06 |
| 3396 | OSCO | 0.33 | HIGH STREET | 0.06 |
| 4151 | DOMINICKS | 2.05 | AURORA | 0.06 |
| 4461 | DOMINICKS | 0.91 | SHARDA INC | 0.06 |
| 2387 | CVS | 0.45 | 200 INC | 0.06 |
| 5139 | OSCO | 1.39 | FAMILY MEDICAL INC | 0.06 |
| 9347 | DOMINICKS | 1.06 | AMERICAN SERVICE AND PRODUCT INC | 0.06 |
| 4438 | OSCO | 0.64 | ALEXIAN BROS MEDICAL CENTER | 0.06 |
| 5104 | OSCO | 1.40 | INGALLS PROFESSIONAL PHCY II | 0.06 |
| 5724 | KMART | 0.96 | K AND S INC | 0.06 |
| 5282 | WAL-MART | 0.44 | FORUM EXTENDED CARE SVC INC II | 0.06 |
| 9326 | DOMINICKS | 0.49 | CORWIN | 0.07 |
| 807 | CVS | 0.13 | GRANVILLE MED CTR PHCY | 0.07 |

| | | |
|---|---|---|
| 5594 OSCO | 0.07 HARRIS INC | 2.16 |
| 7359 CVS | 0.07 MILWAUKEE | 0.36 |
| 1375 CVS | 0.07 AMBER | 0.52 |
| 5962 OSCO | 0.07 MEDICINE SHOPPE | 0.08 |
| 1332 CVS | 0.08 IVAN T MATTHEI | 0.25 |
| 2528 OSCO | 0.08 FORUM FAMILY CENTER INC | 1.88 |
| 6796 OSCO | 0.08 BURGER INC | 5.09 |
| 4348 OSCO | 0.09 GRUNDY COUNTY COMPANY | 0.77 |
| 6760 OSCO | 0.09 ROSEWAY PROFESSIONAL | 1.81 |
| 6270 BIOSCRIP | 0.09 SAN JUAN | 0.08 |
| 1068 CVS | 0.09 IVAN T MATTHEI | 0.44 |
| 4947 WAL-MART | 0.10 DOUBEK INC | 2.75 |
| 5086 OSCO | 0.10 WELLGROUP PHARMAY | 3.16 |
| 4349 CVS | 0.11 IVAN T MATTHEI | 0.41 |
| 2721 DOMINICKS | 0.11 NESSET PAVILION | 0.41 |
| 751 ENH NORTHBROOK | 0.11 FORUM FAMILY CENTER INC | 0.19 |
| 252 CVS | 0.11 SINAI TOUHY LLC | 0.74 |
| 4306 OSCO | 0.12 JEROZAL | 1.61 |
| 4978 DOMINICKS | 0.12 SAV RX AT SIDNEY HILLMAN | 1.04 |
| 7467 WAL-MART | 0.12 HANKES CLINIC | 0.44 |
| 89 CVS | 0.12 FAMILY MEDICAL INC | 1.05 |
| 9469 CVS | 0.12 LAWRENCE HOUSE CO | 0.41 |
| 2432 CVS | 0.12 RX INNOVATIONS OF AMERICA INC | 0.46 |
| 6564 CVS | 0.12 VICTORY INC | 0.45 |
| 3076 CVS | 0.13 PETERSONS PERSCRIPTION PHCY | 0.66 |
| 4938 WAL-MART | 0.13 RISHI INC | 0.58 |
| 2586 CVS | 0.13 GREEN BRIAR PHCY INC | 0.47 |
| 9357 OSCO | 0.13 MORGAN PARK | 0.46 |
| 1031 CVS | 0.13 DAMER AND CARTWRIGHT | 0.21 |
| 318 DOMINICKS | 0.14 WOODRIDGE | 1.03 |
| 3015 OSCO | 0.14 VALLETTE | 1.23 |
| 39 DOMINICKS | 0.14 HARRIS INC | 1.87 |
| 2025 CVS | 0.14 WEBSTER | 0.26 |
| 5124 TARGET | 0.14 SAPSTEIN | 0.48 |
| 4336 OSCO | 0.14 WELLGROUP PHARMAY | 1.72 |
| 3406 DOMINICKS | 0.14 COMFORT CARE PC | 3.08 |
| 9000 CVS | 0.14 FULLERTON-WESTERN PHCY | 0.51 |

| Code | Store | Value | Name |
|---|---|---|---|
| 4067 | OSCO | 1.04 | AMERICAN CARE |
| 1298 | OSCO | 0.03 | BARRYS |
| 5284 | OSCO | 3.52 | COMFORT CARE PC |
| 6439 | OSCO | 2.90 | LAGRANGE ROAD |
| 5542 | OSCO | 0.17 | OAKMILL |
| 4561 | DOMINICKS | 1.98 | RACHIELLES |
| 3321 | DOMINICKS | 1.10 | ARCHER |
| 2340 | DOMINICKS | 0.58 | CARNEGIE-SARGENTS |
| 6180 | TARGET | 3.71 | CORWIN |
| 5192 | CVS | 0.87 | PROFESSIONAL BLDG PHCY |
| 5387 | CVS | 0.28 | RX INNOVATIONS OF AMERICA INC |
| 1096 | OSCO | 0.24 | SAVE RITE PHCY DISC CTR |
| 4936 | OSCO | 1.18 | ADDISON CENTRAL |
| 3072 | OSCO | 0.32 | AMBER |
| 5829 | OSCO | 0.67 | NYJ VITAL RX INC |
| 4779 | KMART | 1.68 | MEDICAL PARK |
| 7860 | DOMINICKS | 0.01 | OXYSOUND INC |
| 719 | KMART | 1.68 | QUEENS |
| 3395 | DOMINICKS | 0.25 | KAPLANCARE INC |
| 7267 | CVS | 0.10 | MALL INC |
| 4636 | OSCO | 0.76 | GOOD SAMARITAN HOSP AMBLTRY PHCY |
| 9438 | CVS | 0.09 | IVAN T MATTHEI |
| 3994 | DOMINICKS | 2.11 | ELMHURST MEMORIAL CNT FOR HEALTH PH |
| 5868 | OSCO | 1.01 | FARMACIA LA FAMILIA |
| 3698 | CVS | 0.35 | SAVE RITE PHCY DISC CTR |
| 6427 | KMART | 2.03 | FAMILY MEDICAL INC |
| 528 | CVS | 0.08 | KRAFFTS INC |
| 3750 | OSCO | 5.93 | NYJ VITAL RX INC |
| 2742 | DOMINICKS | 0.47 | IVAN T MATTHEI |
| 9001 | CAREMARK | 0.30 | IVAN T MATTHEI |
| 10558 | CVS | 0.63 | RX INNOVATIONS OF AMERICA INC |
| 3861 | DOMINICKS | 1.37 | MEDSHOP |
| 1110 | CVS | 0.31 | SEOUL INC |
| 1308 | DOMINICKS | 0.34 | WELBE INC |
| 73 | OSCO | 1.69 | CARDINAL BERNARDIN CANCER CNT PHCY |
| 7515 | OSCO | 0.44 | HIGGINS |
| 3950 | CVS | 0.47 | ONE |

| | | | |
|---|---|---|---|
| 9033 OSCO | 2.11 | 0.23 | TOTAL SERVICES LLC |
| 4612 DOMINICKS | 1.10 | 0.24 | WILLOW LAKE |
| 4778 TARGET | 1.62 | 0.24 | FAIR HAVEN |
| 5364 CVS | 1.10 | 0.25 | MEDIDERM INC |
| 5258 OSCO | 1.98 | 0.25 | PETRANEKS |
| 5468 OSCO | 0.54 | 0.25 | ADDISON |
| 1503 TARGET | 1.13 | 0.26 | KUNKA |
| 6703 OSCO | 0.84 | 0.27 | BASINGERS LOCKPORT |
| 6601 WAL-MART | 0.90 | 0.27 | KEEFERS |
| 7630 CVS | 0.26 | 0.28 | CARNEGIE-SARGENTS |
| 4532 CVS | 2.70 | 0.28 | ST JAMES OUTPATIENT |
| 3622 TARGET | 2.03 | 0.28 | SUN FAMILY CENTER |
| 6469 OSCO | 8.43 | 0.28 | COLONIAL INC |
| 4494 OSCO | 0.20 | 0.28 | BALLIN INC |
| 4948 WAL-MART | 4.52 | 0.29 | WOODRIDGE |
| 7419 OSCO | 1.17 | 0.30 | WHEATON |
| 1449 TARGET | 0.93 | 0.30 | MADDEN ZONE CENTER |
| 4040 OSCO | 2.32 | 0.30 | COMFORT CARE PC |
| 7361 OSCO | 0.97 | 0.30 | MARTIN AVENUE INC |
| 400 CVS | 1.04 | 0.31 | PAPA MEDICAL |
| 1171 CVS | 0.27 | 0.31 | STONE MEDICAL |
| 4780 OSCO | 0.83 | 0.31 | LOMBARD INC |
| 4463 CVS | 4.39 | 0.31 | ELGIN CENTER |
| 3014 OSCO | 1.01 | 0.31 | KINGSWAY |
| 3927 OSCO | 1.58 | 0.32 | ATCHA CARE |
| 3940 DOMINICKS | 3.54 | 0.33 | STRATHMORE |
| 6937 OSCO | 0.71 | 0.33 | MERCY PROFESSIONAL BLDG PHCY |
| 2986 OSCO | 0.09 | 0.34 | MEDICINE STOP OF ELGIN |
| 5469 OSCO | 1.60 | 0.34 | GATTONE |
| 5147 OSCO | 0.66 | 0.34 | CHURCH STREET INC |
| 5867 TARGET | 1.03 | 0.35 | MATEL LTD |
| 4674 DOMINICKS | 2.46 | 0.35 | FAIR HAVEN |
| 4154 DEMOTTE INC | 2.04 | 0.35 | CORWIN |
| 211 DOMINICKS | 0.15 | 0.35 | CARNEGIE-SARGENTS |
| 4542 OSCO | 0.40 | 0.35 | GORDONO |
| 2003 WAL-MART | 9.10 | 0.35 | GRAYSLAKE INC |
| 1173 DOMINICKS | 0.10 | 0.35 | OUTPATIENT SERVICE |

| Store | Value | Provider | Value |
|---|---|---|---|
| 3995 WAL-MART | 0.35 | ULTRA CARE HOME MEDICAL PHY | 1.10 |
| 3651 DOMINICKS | 0.36 | ST JAMES OUTPATIENT | 0.90 |
| 7062 MEIJER | 0.37 | MEDSHOP | 0.27 |
| 178 CVS | 0.37 | STONE MEDICAL | 0.44 |
| 1994 OSCO | 0.37 | BLAZIERS | 0.67 |
| 6746 OSCO | 0.38 | COMFORT CARE PC | 1.86 |
| 4233 CVS | 0.39 | HOME MEDICAL INC | 0.84 |
| 4218 SAMS | 0.39 | SINAI TOUHY LLC | 1.53 |
| 4939 COSTCO | 0.39 | HIGHLAND CENTER PHCY | 2.00 |
| 4179 DOMINICKS | 0.39 | RILEY INC | 1.34 |
| 4540 OSCO | 0.40 | MEDICINE SHOPPE | 0.22 |
| 6228 OSCO | 0.40 | NWMS | 0.04 |
| 1628 CVS | 0.41 | J AND J | 1.23 |
| 147 OSCO | 0.41 | PROFESSIONAL BLDG PHCY | 2.30 |
| 4258 TARGET | 0.41 | ELGIN CENTER | 3.10 |
| 5735 WAL-MART | 0.42 | ALEXIAN BROS MEDICAL CENTER | 1.45 |
| 2532 OSCO | 0.42 | RACHIELLES | 0.19 |
| 6764 DOMINICKS | 0.42 | ELGIN CENTER | 5.17 |
| 6238 OSCO | 0.42 | PROFESSIONAL BLDG PHCY | 0.45 |
| 4572 KMART | 0.43 | TOTAL SERVICES LLC | 1.46 |
| 1594 TARGET | 0.43 | GOLDENSON | 0.37 |
| 5235 CVS | 0.43 | SEGRETI | 0.33 |
| 1504 KMART | 0.44 | BARCUS INC | 0.47 |
| 2407 DOMINICKS | 0.45 | DENSON | 1.83 |
| 3057 CVS | 0.45 | ON WHEELS INC | 0.34 |
| 9600 TARGET | 0.45 | GOTTLIEB PROF BLDG | 0.51 |
| 5924 CVS | 0.45 | FITZSIMMONS PHARMACEUTICAL | 0.91 |
| 6580 DOMINICKS | 0.46 | BREMENTOWNE INC | 2.97 |
| 5824 OSCO | 0.46 | MEDICAL PARK | 3.94 |
| 4986 OSCO | 0.46 | DISCOUNT APTEKA INC | 0.74 |
| 1033 OSCO | 0.46 | RIDGE INC | 0.66 |
| 194 CVS | 0.46 | BECKER PROFESSIONAL PHCY | 0.07 |
| 6820 OSCO | 0.46 | NAPERVILLE | 0.44 |
| 9330 WALTS | 0.47 | MEDICINE SHOPPE | 0.41 |
| 3948 OSCO | 0.47 | DISCOUNT APTEKA INC | 0.54 |
| 9358 CVS | 0.47 | GALEN INC | 0.56 |
| 5670 OSCO | 0.48 | PHYSICIANS BUILDING | 3.25 |

| | | | | |
|---|---|---|---|---|
| 9924 | OSCO | 0.48 | RX COMMUNITY MEDICAL INC | 1.45 |
| 5825 | CVS | 0.49 | AUBURN | 0.54 |
| 5683 | DOMINICKS | 0.49 | NWMS | 2.24 |
| 7866 | WAL-MART | 0.49 | BASINGER | 0.06 |
| 5057 | OSCO | 0.50 | ONE | 0.98 |
| 2344 | CVS | 0.50 | MILWAUKEE | 0.50 |
| 2877 | CVS | 0.50 | REMOTE INC | 0.13 |
| 1593 | CVS | 0.50 | TARPEY | 1.45 |
| 1270 | DOMINICKS | 0.51 | ARCADIA LTD | 0.66 |
| 1446 | CVS | 0.51 | ENDLERS PHCY IN SKOKIE | 0.56 |
| 1249 | SAMS | 0.52 | SINAI COMMUNITY INC | 0.73 |
| 4039 | DOMINICKS | 0.52 | ROSEWAY PROFESSIONAL | 0.19 |
| 249 | CVS | 0.52 | BRAUN INC | 0.65 |
| 2036 | DOMINICKS | 0.53 | BRADYS | 0.06 |
| 3729 | SAMS | 0.53 | MOON LAKE INC | 2.02 |
| 9024 | CVS | 0.54 | ORSINI PHARMACEUTICAL SERVICES INC | 2.09 |
| 162 | CVS | 0.54 | KATSAROS | 0.28 |
| 4862 | CVS | 0.54 | ADDISON CENTRAL | 0.96 |
| 5234 | KMART | 0.55 | MEDICINE STOP OF CHICAGO | 1.04 |
| 6563 | DOMINICKS | 0.55 | SUBURBAN TORE INC | 4.00 |
| 5103 | CVS | 0.56 | SEGRETI | 1.01 |
| 1450 | CVS | 0.56 | NEW ENGLAND | 2.59 |
| 2720 | TARGET | 0.57 | WOODRIDGE | 1.58 |
| 7250 | CVS | 0.57 | JEROZAL | 1.20 |
| 2990 | OSCO | 0.58 | WELBE INC | 0.82 |
| 6980 | CVS | 0.58 | LEES | 0.39 |
| 2773 | OSCO | 0.58 | REMCO MEDICAL | 0.31 |
| 2859 | OSCO | 0.58 | PAPA MEDICAL | 0.61 |
| 5927 | CVS | 0.58 | GLEN ELLYN | 0.37 |
| 4935 | TARGET | 0.59 | QUEENS | 0.73 |
| 1757 | OSCO | 0.59 | SEARS | 0.16 |
| 7457 | OSCO | 0.59 | KISHWAUKEE HEALTHCARE | 6.24 |
| 2211 | CVS | 0.60 | WALKERS COTTAGE APOTHECARY INC | 0.48 |
| 118 | CVS | 0.60 | CENTRAL | 0.16 |
| 1417 | CVS | 0.61 | HEALTH RX INC | 0.03 |
| 163 | CVS | 0.61 | MEDICINE STOP OF CHICAGO | 0.44 |
| 3960 | CVS | 0.61 | SEARS | 1.16 |

| | | |
|---|---|---|
| 5076 OSCO | 0.62 | NEW ENGLAND |
| 3078 CVS | 0.62 | CONDELL HOME SYSTEMS |
| 3780 COSTCO | 0.62 | MARTIN AVENUE INC |
| 1495 CVS | 0.63 | FAMILY FARMACIA INC |
| 3179 OSCO | 0.63 | SOUTHGATE INC |
| 4355 KMART | 0.63 | HARRIS INC |
| 2199 CVS | 0.63 | DIVISION CLINIC |
| 5609 CVS | 0.63 | AMERICAN CARE |
| 4146 OSCO | 0.63 | KEEFERS |
| 2288 CVS | 0.64 | LAGRANGE ROAD |
| 4503 DOMINICKS | 0.65 | NWMS |
| 4032 KMART | 0.66 | KODO |
| 2840 CVS | 0.67 | GENOA HEALTHCARE OF ILLINOIS LLC |
| 7687 CVS | 0.68 | FULLERTON KEDZIE PROFESSIONAL PHARM |
| 258 OSCO | 0.69 | REAL INC |
| 1201 DOMINICKS | 0.69 | MEDICINE SHOPPE |
| 4807 CVS | 0.69 | AMAR INC |
| 3512 OSCO | 0.70 | HARRIS INC |
| 9038 CVS | 0.70 | SEOUL INC |
| 5149 TARGET | 0.70 | PHYSICIANS BUILDING |
| 4743 KMART | 0.71 | INGALLS PROFESSIONAL PHCY II |
| 1415 TARGET | 0.72 | HARVEY HEALTH CENTER |
| 5033 OSCO | 0.72 | R AND S INC |
| 4519 CVS | 0.73 | KATSAROS |
| 2619 CVS | 0.74 | KEEFER OF EVANSTON |
| 7292 OSCO | 0.74 | BURGER INC |
| 6332 DOMINICKS | 0.74 | VALUE VILLAGE |
| 5055 OSCO | 0.74 | DOUBEK INC |
| 10350 OSCO | 0.75 | M AND R PRESCRIPTION CTR |
| 4937 DOMINICKS | 0.75 | STEVE PEARLMAN MD |
| 2635 OSCO | 0.75 | AMAR INC |
| 3961 PHARMACARE SPECIALTY | 0.76 | VICS |
| 3023 OSCO | 0.78 | FAMILY MEDICAL INC |
| 9246 OSCO | 0.78 | HARRIS INC |
| 5121 OSCO | 0.79 | ADDISON CENTRAL |
| 1310 CVS | 0.79 | JEM INC |
| 3075 CVS | 0.81 | WOODRIDGE |

| | |
|---|---|
| 2.35 | |
| 5.40 | |
| 2.84 | |
| 0.03 | |
| 1.55 | |
| 3.23 | |
| 0.49 | |
| 0.83 | |
| 2.21 | |
| 1.46 | |
| 1.40 | |
| 3.11 | |
| 0.16 | |
| 0.34 | |
| 0.15 | |
| 0.86 | |
| 1.19 | |
| 1.12 | |
| 1.05 | |
| 0.36 | |
| 0.97 | |
| 2.42 | |
| 0.37 | |
| 0.76 | |
| 1.31 | |
| 1.63 | |
| 0.95 | |
| 1.54 | |
| 0.05 | |
| 0.56 | |
| 0.90 | |
| 0.25 | |
| 0.77 | |
| 0.68 | |
| 0.44 | |
| 0.02 | |
| 1.11 | |

| Store | Name | | |
|---|---|---|---|
| 5356 CVS | 0.81 47TH STREET | 0.69 | |
| 2212 DOMINICKS | 0.82 MARKET SQUARE INC | 1.31 | |
| 5926 KMART | 0.82 FARMACIA LA FAMILIA | 0.67 | |
| 6462 OSCO | 0.83 FRANKLIN DISCOUNT | 0.57 | |
| 5713 TARGET | 0.84 BARCUS INC | 0.99 | |
| 3946 DOMINICKS | 0.84 BUBBLEPACK INC | 0.68 | |
| 6518 CVS | 0.84 WHEATON | 2.74 | |
| 6376 CVS | 0.85 AUBURN | 1.45 | |
| 4460 MEIJER | 0.85 OSWALDS | 4.63 | |
| 4940 KMART | 0.85 GRAYSLAKE INC | 3.43 | |
| 1009 OSCO | 0.86 RANDOLPHS RX | 0.99 | |
| 4252 KMART | 0.87 VALLETTE | 1.96 | |
| 3833 TARGET | 0.89 PAPA MEDICAL | 0.48 | |
| 6046 DOMINICKS | 0.89 ELMHURST MEMORIAL CNT FOR HEALTH PH | 1.95 | |
| 4664 OSCO | 0.90 PHYSICIANS BUILDING | 1.18 | |
| 4752 DOMINICKS | 0.90 PEACE INC | 0.26 | |
| 5089 CVS | 0.92 J AND J | 0.54 | |
| 1802 DOMINICKS | 0.92 MATEL LTD | 0.38 | |
| 5684 CVS | 0.92 HICKORY HILLS | 0.90 | |
| 1768 OSCO | 0.93 MEDICINE SHOPPE | 0.70 | |
| 2186 CVS | 0.94 LAGRANGE ROAD | 5.72 | |
| 4277 OSCO | 0.94 WAUCONDA | 0.74 | |
| 9506 TARGET | 0.94 ROSEWAY PROFESSIONAL | 1.17 | |
| 232 CVS | 0.96 WELLS RX | 0.13 | |
| 5830 CVS | 0.96 FAIR HAVEN | 0.42 | |
| 9470 WAL-MART | 0.97 HOME MEDICAL  INC | 0.16 | |
| 4097 DOMINICKS | 0.97 GRAYSLAKE INC | 3.99 | |
| 10485 OSCO | 0.98 HIGH STREET | 0.92 | |
| 9141 CVS | 0.98 JEROZAL | 1.04 | |
| 2300 OSCO | 0.99 SOUTH TOWN | 0.47 | |
| 5140 OSCO | 0.99 HEINZ | 1.09 | |
| 6762 OSCO | 0.99 HIGH STREET | 1.31 | |
| 7754 CVS | 0.99 HARRIS INC | 4.10 | |
| 3320 DOMINICKS | 0.99 GATTONE | 6.80 | |
| 5711 DOMINICKS | 0.99 GENESIS | 0.68 | |
| 2558 CVS | 0.99 INGALLS PROOF PHCY | 1.30 | |
| 6508 CVS | 1.00 SUBURBAN TORE INC | 2.81 | |

| Store | Factor | Name | Value |
|---|---|---|---|
| 2213 WAL-MART | 1.00 | STRATHMORE | 4.76 |
| 4148 WALTS | 1.00 | BREMENTOWNE INC | 0.48 |
| 7362 DOMINICKS | 1.00 | BUBBLEPACK INC | 1.04 |
| 7895 OSCO | 1.00 | CHANNAHON RANCH INC | 0.67 |
| 6567 OSCO | 1.01 | SUBURBAN TORE INC | 1.04 |
| 5034 CVS | 1.02 | K AND S INC | 1.06 |
| 4008 CVS | 1.02 | J AND P | 0.65 |
| 3993 CVS | 1.02 | WILLOW LAKE | 1.63 |
| 4009 CVS | 1.02 | ELMHURST MEMORIAL CNT FOR HEALTH PH | 1.76 |
| 5193 CVS | 1.03 | HARVEY HEALTH CENTER | 1.70 |
| 1101 OSCO | 1.03 | M AND R PRESCRIPTION CTR | 0.67 |
| 230 DOMINICKS | 1.04 | GSK INC | 0.48 |
| 5127 KMART | 1.04 | BROADMOOR | 1.79 |
| 5126 OSCO | 1.04 | BROADMOOR | 0.37 |
| 5832 DOMINICKS | 1.05 | AMERICAN CARE | 1.19 |
| 3928 OSCO | 1.05 | SOUTH SUBURBAN | 1.07 |
| 5355 CVS | 1.06 | WELLGROUP PHARMAY | 0.46 |
| 5107 WAL-MART | 1.08 | HOLY FAMILY PLAZA | 1.90 |
| 5712 TARGET | 1.09 | FAMILY INC | 1.88 |
| 4988 DOMINICKS | 1.09 | STRATHMORE | 1.07 |
| 3749 TARGET | 1.10 | NYJ VITAL RX INC | 4.08 |
| 3539 CVS | 1.10 | SUN | 0.44 |
| 2054 WAL-MART | 1.10 | VICTORY INC | 2.14 |
| 6297 OSCO | 1.11 | CENTRAL | 0.49 |
| 3273 TARGET | 1.11 | DIPLOMAT SPECIALTY | 2.94 |
| 3405 OSCO | 1.12 | NAPERVILLE DOWNTOWN | 0.22 |
| 3779 OSCO | 1.13 | WESTLAKE MEDICAL ARTS | 0.71 |
| 5925 CVS | 1.14 | HILLS PALOS | 0.08 |
| 5428 CVS | 1.15 | DIPLOMAT SPECIALTY | 2.77 |
| 5045 OSCO | 1.15 | DIPLOMAT SPECIALTY | 1.08 |
| 6866 OSCO | 1.16 | MARKET SQUARE INC | 0.18 |
| 2684 CVS | 1.16 | OAKTON COMPANY | 0.31 |
| 9984 OSCO | 1.16 | KREBS | 0.61 |
| 4152 CVS | 1.17 | PETERSONS PERSRCIPTION PHCY | 1.52 |
| 1496 TARGET | 1.17 | LES ON | 1.26 |
| 1131 TARGET | 1.18 | MERCY CTR HEALTH CARE PHCY | 1.84 |
| 215 CVS | 1.18 | VAISHALI INC | 0.53 |

| | | | |
|---|---|---|---|
| 4147 WAL-MART | 1.19 | RISHI INC | 1.00 |
| 4611 CVS | 1.19 | NWMS | 1.43 |
| 7545 OSCO | 1.20 | MOON LAKE INC | 0.14 |
| 4941 WAL-MART | 1.20 | HEALTH MART | 0.17 |
| 2210 OSCO | 1.20 | 111TH PHARMA CARE CORP | 0.12 |
| 5515 DOMINICKS | 1.20 | MARTIN AVENUE INC | 2.40 |
| 4042 OSCO | 1.21 | THE MEDICINE STOP | 0.62 |
| 5543 TARGET | 1.21 | DIPLOMAT SPECIALTY | 3.72 |
| 1656 PARKWAY | 1.21 | CONNEYS | 1.20 |
| 9439 CVS | 1.22 | MEDICINE STOP OF ELGIN | 1.24 |
| 2073 CVS | 1.23 | KORLE BU | 0.35 |
| 9919 TARGET | 1.25 | HOBSON | 4.05 |
| 3774 CVS | 1.26 | MERCY PROFESSIONAL BLDG PHCY | 1.14 |
| 5520 MEIJER | 1.28 | BLOOMINGDALE INC | 1.24 |
| 6795 OSCO | 1.29 | BURGER INC | 2.28 |
| 2390 WAL-MART | 1.29 | ELGIN CENTER | 1.76 |
| 2923 CVS | 1.30 | K AND K | 0.32 |
| 6641 CVS | 1.30 | SOUTHERN | 0.16 |
| 7139 CVS | 1.31 | CORWIN | 2.55 |
| 7409 MEDICINE SHOPPE | 1.31 | HANKES CLINIC | 15.62 |
| 4828 WAL-MART | 1.31 | SUBURBAN | 0.36 |
| 5148 OSCO | 1.33 | BLOOMINGDALE INC | 0.61 |
| 5275 OSCO | 1.34 | WESTMONT | 1.49 |
| 1670 OSCO | 1.35 | CLARENDON | 1.22 |
| 5553 OSCO | 1.37 | MOON LAKE INC | 4.44 |
| 5786 TARGET | 1.40 | ST JAMES OUTPATIENT | 2.96 |
| 2903 CVS | 1.43 | MADISON PINE | 0.35 |
| 2985 OSCO | 1.43 | GRAYSLAKE INC | 1.89 |
| 115 OSCO | 1.44 | R AND S INC | 0.50 |
| 4069 OSCO | 1.45 | FAMILY INC | 3.75 |
| 2045 KMART | 1.45 | NAPERVILLE | 1.53 |
| 4713 WAL-MART | 1.47 | HARVEY HEALTH CENTER | 0.48 |
| 4464 DOMINICKS | 1.49 | WAUCONDA | 3.55 |
| 1461 OSCO | 1.50 | LINCOLN MEDICAL | 0.78 |
| 9217 CVS | 1.52 | LOMBARD INC | 1.06 |
| 2785 TARGET | 1.54 | MATEL LTD | 2.02 |
| 2711 OSCO | 1.54 | NEW ENGLAND | 0.32 |

| | | |
|---|---|---|
| 1011 OSCO | 1.56 HOOSIER | 2.75 |
| 10774 COSTCO | 1.57 LAGRANGE ROAD | 3.69 |
| 5366 OSCO | 1.60 C S FAMILY | 2.23 |
| 5106 OSCO | 1.61 GRAYSLAKE INC | 1.12 |
| 5386 CVS | 1.68 KODO | 1.50 |
| 6294 WAL-MART | 1.72 ST JAMES OUTPATIENT | 0.89 |
| 7411 OSCO | 1.73 COMFORT CARE PC | 0.71 |
| 9059 DOMINICKS | 1.73 ELGIN CENTER | 4.42 |
| 4502 DOMINICKS | 1.74 NYJ VITAL RX INC | 4.76 |
| 2137 OSCO | 1.74 OSWALDS | 2.79 |
| 2335 DOMINICKS | 1.75 TOTAL SERVICES LLC | 1.88 |
| 6475 TARGET | 1.76 MARK ROSELLE | 1.35 |
| 9505 WAL-MART | 1.78 HEINZ | 0.18 |
| 5123 OSCO | 1.85 BUBBLEPACK INC | 0.85 |
| 7829 OSCO | 1.85 SOUTHERN | 3.14 |
| 3074 CVS | 1.85 ORANGE | 1.00 |
| 4826 OSCO | 1.85 STRATHMORE | 0.42 |
| 5256 DOMINICKS | 1.89 GRAYSLAKE INC | 3.22 |
| 7824 OSCO | 1.95 AURORA | 1.37 |
| 9404 OSCO | 1.99 DIPLOMAT SPECIALTY | 1.20 |
| 1438 TARGET | 2.07 WINCHESTER HOUSE PHCY | 3.51 |
| 5056 OSCO | 2.08 GRAYSLAKE INC | 5.63 |
| 5108 CVS | 2.15 EGGLESTONS | 5.11 |
| 5603 TARGET | 2.17 FAIRMEADOWS | 1.54 |
| 5128 OSCO | 2.26 LINCOLN PROFESSIONAL | 4.75 |
| 2301 WALTS | 2.33 FAMILY INC | 0.32 |
| 9925 OSCO | 2.37 COLONIAL INC | 0.05 |
| 1484 OSCO | 2.37 WINCHESTER HOUSE PHCY | 5.13 |
| 5257 CAREMARK | 2.52 CORWIN | 0.73 |
| 4949 OSCO | 2.67 COLONIAL INC | 3.30 |
| 10498 OSCO | | 10.66 |