# Exhibit 4-B

Map legend:
- ■ Walgreens Stores
- ● Chain Pharmacies
- ● Independent Pharmacies
- ○ 1.5 Mile Ring
- Milwaukee MSA

| Walgreens Store | Closest Chain Competitor | Distance | Closest Independent Competitor | Distance |
|---|---|---|---|---|
| 2182 | WAL-MART | 0.02 | THOMPSONS SERV U | 0.66 |
| 3882 | AURORA | 0.05 | QUAD/MED | 1.95 |
| 1685 | CVS | 0.06 | PHOENIX INC | 0.18 |
| 7568 | PICK N SAVE | 0.06 | VALUE CARE | 2.04 |
| 2380 | KMART | 0.07 | SKYWALK | 1.97 |
| 4672 | AURORA | 0.07 | WHEATON FRANCISCAN | 0.17 |
| 4350 | WAL-MART | 0.07 | WHEATON FRANCISCAN | 0.73 |
| 3567 | AURORA | 0.08 | PRESCRIPTION CENTER | 0.05 |
| 3616 | TARGET | 0.08 | WHEATON FRANCISCAN | 4.22 |
| 7730 | CVS | 0.09 | MORELAND PLAZA | 1.40 |
| 5231 | SAMS | 0.10 | QUAD/MED | 0.65 |
| 10196 | PICK N SAVE | 0.12 | SKYWALK | 1.50 |
| 3125 | CVS | 0.12 | DAN FITZGERALD INC | 3.74 |
| 5601 | TARGET | 0.12 | WHEATON FRANCISCAN | 0.11 |
| 3883 | PICK N SAVE | 0.13 | HOEHLE -SUNSET | 0.77 |
| 2110 | WAL-MART | 0.13 | YE OLDE AND WELLNESS CTR | 6.90 |
| 5427 | OSCO | 0.13 | VALUE CARE | 3.38 |
| 7259 | AURORA | 0.14 | STONES INC | 2.98 |
| 4827 | WAL-MART | 0.14 | VALUE CARE | 2.17 |
| 1460 | CVS | 0.15 | UNION SERV U | 1.67 |
| 1200 | BIOSCRIP | 0.17 | THE PRESCRIPTION CENTER INC | 0.35 |
| 5884 | PICK N SAVE | 0.17 | VALUE CARE | 5.78 |
| 5281 | AURORA | 0.17 | PRESCRIPTION CENTER | 6.35 |
| 1988 | SHOPKO | 0.19 | YE OLDE AND WELLNESS CTR | 1.63 |
| 6960 | AURORA | 0.20 | TOBIN OCONOMOWOC INC | 8.09 |
| 3615 | TARGET | 0.20 | WHEATON FRANCISCAN | 2.40 |
| 5636 | AURORA | 0.21 | MEDICAL CENTER | 0.74 |
| 2911 | AURORA | 0.21 | WHEATON FRANCISCAN | 2.01 |
| 2925 | AURORA | 0.21 | BURLEIGH SERV-U PHCY | 1.01 |
| 9839 | KMART | 0.24 | CUDAHY CLINIC | 0.44 |
| 3578 | AURORA | 0.26 | SWAN SERV U | 1.07 |
| 4888 | PICK N SAVE | 0.30 | STONES INC | 0.96 |
| 3394 | AURORA | 0.30 | OKLAHOMA INC | 0.98 |
| 7039 | AURORA | 0.33 | MILLER INC | 0.60 |
| 3448 | AURORA | 0.33 | YE OLDE AND WELLNESS CTR | 5.97 |
| 665 | AURORA | 0.35 | LAABS INC | 0.77 |

| | | | |
|---|---|---|---|
| 649 | AURORA | 0.39 UNION SERV U | 0.90 |
| 2042 | CVS | 0.45 YE OLDE AND WELLNESS CTR | 0.62 |
| 3509 | AURORA | 0.47 UNION SERV U | 0.07 |
| 3732 | AURORA | 0.49 CUDAHY CLINIC | 2.52 |
| 6020 | AURORA | 0.49 OKLAHOMA INC | 0.95 |
| 2296 | PICK N SAVE | 0.52 CARTER INC | 1.02 |
| 6058 | AURORA | 0.56 VALUE CARE | 1.48 |
| 4887 | TARGET | 0.58 CUDAHY CLINIC | 5.14 |
| 4774 | CVS | 0.58 SKYWALK | 1.60 |
| 1291 | ISACC COGGS HEALTH CTR PHCY | 0.60 BRADY STREET | 0.92 |
| 7809 | AURORA | 0.61 LAABS INC | 1.37 |
| 10873 | CVS | 0.62 DURGS R US INC | 0.69 |
| 1336 | PICK N SAVE | 0.64 WHEATON FRANCISCAN | 0.93 |
| 5309 | WAL-MART | 0.65 HEALTH CENTER | 2.32 |
| 4984 | CVS | 0.67 TOSA | 1.98 |
| 295 | CVS | 0.67 WHEATON FRANCISCAN | 1.02 |
| 9066 | AURORA | 0.68 CUDAHY CLINIC | 1.55 |
| 4254 | AURORA | 0.72 WHEATON FRANCISCAN | 0.49 |
| 7661 | AURORA | 0.73 THE SHOPPE INC | 1.28 |
| 16 | AURORA | 0.77 THOMPSONS SERV U | 0.33 |
| 9365 | AURORA | 0.79 HEALTH CENTER | 6.89 |
| 4471 | AURORA | 0.81 WHEATON FRANCISCAN | 2.17 |
| 9549 | PICK N SAVE | 0.84 YE OLDE | 0.10 |
| 3422 | SHOPKO | 0.86 WEST BEND | 1.26 |
| 4095 | KMART | 0.87 TOSA | 0.98 |
| 5459 | AURORA | 0.89 VALUE CARE | 4.18 |
| 4253 | CVS | 1.01 WILKES VILLAGE | 1.07 |
| 7797 | AURORA | 1.02 WHEATON FRANCISCAN | 2.15 |
| 7370 | AURORA | 1.03 WHEATON FRANCISCAN | 1.74 |
| 5002 | TARGET | 1.05 VALUE CARE | 0.34 |
| 3666 | TARGET | 1.05 WHEATON FRANCISCAN | 1.18 |
| 4537 | WAL-MART | 1.15 TOSA | 1.06 |
| 4556 | AURORA | 1.26 VALUE CARE | 1.11 |
| 1652 | TARGET | 1.31 UNION SERV U | 1.87 |
| 2752 | PICK N SAVE | 1.32 STONES INC | 1.53 |
| 3813 | AURORA | 1.41 LAABS INC | 0.54 |
| 7603 | AURORA | 1.43 JEROME MUSKEGO | 1.30 |

| Store | Name | Value |
|---|---|---|
| 1942 AURORA | 1.49 VALUE CARE | 2.07 |
| 7731 AURORA | 1.58 HEALTH CENTER | 5.85 |
| 4720 CVS | 1.63 CARTER INC | 1.01 |
| 5466 CVS | 2.03 MORELAND PLAZA | 2.21 |
| 7143 AURORA | 2.09 HEALTH CENTER | 3.30 |
| 3109 AURORA | 2.23 WHEATON FRANCISCAN | 2.57 |
| 4884 CVS | 3.08 YE OLDE AND WELLNESS CTR | 4.13 |