**Exhibit 4-C**



| Walgreens Store | Closest Chain Competitor | Distance | Closest Independent Competitor | Distance |
|---|---|---|---|---|
| 3329 | CUB | 0.05 | BERGMANNS INC | 1.52 |
| 6130 | UW HEALTH SERVICES | 0.06 | BERGMANNS INC | 1.35 |
| 3291 | COPPS FOOD CENTER | 0.11 | OCONNELL LTD | 0.46 |
| 2848 | UW HEALTH SERVICES | 0.27 | BERGMANNS INC | 1.20 |
| 4830 | UW HEALTH SERVICES | 0.31 | MEDICINE SHOPPE | 0.59 |
| 3343 | CUB | 0.34 | MADISON ASSOCIATION | 1.78 |
| 7536 | UW HEALTH WEST | 0.39 | MADISON ASSOCIATION | 0.77 |
| 111 | UW HEALTH SERVICES | 0.55 | COMMUNITY INC | 0.30 |
| 6132 | SHOPKO | 0.64 | SHAFER INC | 1.62 |
| 4240 | UW HEALTH SERVICES | 0.74 | SHAFER INC | 3.08 |
| 7519 | THRIFTY WHITE | 0.80 | MCGLYNN INC | 0.81 |
| 4155 | UW HEALTH SERVICES | 0.99 | MERITER RETIREMENT | 0.23 |
| 3393 | UW HEALTH SERVICES | 1.22 | MEDICINE SHOPPE | 0.94 |
| 10925 | WAL-MART | 1.23 | OCONNELL LTD | 1.75 |
| 2879 | DEAN | 1.30 | ACCUPAX | 0.92 |
| 2967 | COPPS FOOD CENTER | 1.51 | SHAFER INC | 3.25 |
| 4805 | CUB | 1.74 | MEDICINE SHOPPE | 1.57 |
| 5087 | CUB | 2.16 | BERGMANNS INC | 0.18 |
| 10555 | UW HEALTH WEST | 2.39 | BERGMANNS INC | 0.53 |
| 5233 | CUB | 2.41 | VERONA HOMETOWN | 2.52 |
| 10554 | SHOPKO | 3.12 | MEDICINE SHOPPE | 0.06 |
| 1159 | WAL-MART | 4.31 | VERONA HOMETOWN | 0.11 |
| 9741 | WAL-MART | 6.24 | BERGMANN | 0.10 |
| 9740 | WAL-MART | 6.52 | DEFOREST HOMETOWN | 0.23 |
| 5669 | COPPS FOOD CENTER | 7.87 | HARRIS HEALTH MART | 0.13 |