**Exhibit 4-D**



Walgreens Stores

Chain Pharmacies

Independent Pharmacies

1.5 Mile Ring

Cleveland

| Walgreens Store | Closest Chain Competitor | Distance | Closest Independent Competitor | Distance |
|---|---|---|---|---|
| 5820 | RITE AID | 0.03 | DIABETIC CARE SERVICES AND | 6.28 |
| 5030 | WAL-MART | 0.03 | HILLCREST ATRIUM | 0.32 |
| 10031 | GIANT EAGLE 515 | 0.03 | NEWBURY INC | 6.49 |
| 6458 | DISCOUNT MART | 0.04 | CLINICAL APOTHECARIES | 1.89 |
| 3454 | KMART | 0.05 | DIABETIC CARE SERVICES AND | 0.50 |
| 4202 | MARCS | 0.05 | MARYMOUNT FAMILY | 6.03 |
| 3326 | GIANT EAGLE 440 | 0.06 | DAVES | 1.30 |
| 9073 | RITE AID | 0.07 | BARRON | 1.57 |
| 10222 | RITE AID | 0.07 | SOUTHSIDE | 0.70 |
| 3312 | CVS | 0.07 | SEELEY MEDICAL | 1.46 |
| 5031 | CVS | 0.09 | SOUTHWEST COMMUNITY PHCY | 1.43 |
| 4685 | CVS | 0.10 | DAVES | 1.43 |
| 4684 | KMART | 0.10 | MARYMOUNT FAMILY | 1.48 |
| 2132 | DISCOUNT MART | 0.11 | MARYMOUNT FAMILY | 2.90 |
| 3308 | CVS | 0.11 | LUTHERAN FAMILY | 3.40 |
| 4294 | CVS | 0.11 | DIABETIC CARE SERVICES AND | 1.97 |
| 6889 | MARCS | 0.11 | PREFERRED RX OF OHIO | 2.99 |
| 6659 | GIANT EAGLE | 0.11 | DAVES | 0.11 |
| 3314 | RITE AID | 0.12 | HEALTH CENTER | 5.24 |
| 10518 | RITE AID | 0.13 | HOFFMANS | 13.72 |
| 3309 | RITE AID | 0.15 | LUTHERAN FAMILY | 1.28 |
| 5206 | DISCOUNT MART | 0.15 | LUTHERAN FAMILY | 3.25 |
| 7474 | CVS | 0.15 | HILLCREST MEDICAL | 2.63 |
| 10032 | CVS | 0.17 | MEDICAL SERVICE COMPANY | 6.93 |
| 6574 | GIANT EAGLE 220 | 0.18 | HIGGINS INC | 1.54 |
| 4317 | WAL-MART | 0.21 | DIABETIC CARE SERVICES AND | 7.73 |
| 2226 | GIANT EAGLE | 0.27 | MARYMOUNT FAMILY | 0.50 |
| 3235 | CVS | 0.28 | DAVES | 0.99 |
| 3256 | RITE AID | 0.31 | CLEVELAND APOTHE-CARE | 1.43 |
| 4159 | DISCOUNT MART | 0.31 | SOUTHWEST COMMUNITY PHCY | 3.76 |
| 5431 | RITE AID | 0.36 | CLINICAL APOTHECARIES | 8.14 |
| 5550 | MARCS | 0.40 | OHLIGER OF FAIRVIEW PARK INC | 1.39 |
| 1234 | GIANT EAGLE 2108 | 0.41 | SOUTHWEST COMMUNITY PHCY | 1.00 |
| 5821 | RITE AID | 0.41 | MEDICINE SHOPPE | 9.88 |
| 10029 | CVS | 0.45 | OHLIGER OF FAIRVIEW PARK INC | 4.22 |
| 9372 | GIANT EAGLE | 0.46 | OHLIGER OF NORTH OLMSTED | 4.82 |

| | | |
|---|---|---|
| 4130 MARCS | 0.48 LEE SILSBY | 1.27 |
| 5138 CVS | 0.49 GATES | 0.39 |
| 3238 RITE AID | 0.49 DAVES | 1.87 |
| 9833 CVS | 0.55 MEDICINE SHOPPE | 0.16 |
| 10030 RITE AID | 0.55 LUTHERAN FAMILY | 1.40 |
| 9407 MARCS | 0.57 HEALTH CENTER | 2.12 |
| 3234 CVS | 0.59 HEALTH CENTER | 2.40 |
| 3226 DISCOUNT  MART | 0.76 CLEVELAND APOTHE-CARE | 2.44 |
| 10220 CVS | 0.84 MEDICAL SERVICE COMPANY | 2.67 |
| 5473 RITE AID | 1.02 OHLIGER OF NORTH OLMSTED | 2.26 |
| 3310 DISCOUNT  MART | 1.13 HEALTH CENTER | 0.40 |
| 6588 DISCOUNT  MART CENTRAL FILL | 1.22 SOUTHSIDE | 7.60 |
| 10328 CVS | 1.28 SOUTHWEST COMMUNITY PHCY | 4.04 |
| 10026 RITE AID | 1.42 JOHNSTON  INC | 2.06 |
| 3313 GIANT EAGLE  6414 | 1.49 MARYMOUNT FAMILY | 1.81 |
| 3307 DISCOUNT  MART | 1.73 JOHNSTON  INC | 1.78 |