# Exhibit 4-E



| Walgreens Store | Closest Chain Competitor | Distance | Closest Independent Competitor | Distance |
|---|---|---|---|---|
| 9591 | WEIS PHARMACY | 0.02 | UNION PRESCRIPTION CTR | 2.18 |
| 9673 | CVS PHARMACY | 0.04 | WEST YORK INC | 3.41 |
| 9677 | CVS PHARMACY | 0.12 | MEDICINE SHOPPE | 0.87 |
| 9876 | CVS PHARMACY | 0.21 | GARVEYS | 1.00 |