**Exhibit 5**

*WEA Trust Prescriptions Might not be able to be Filled at Walgreens Pharmacies*

This information was recently received by the KEA. All information that we have at this time is included in this broadcast e-mail. Members are encouraged to read the following carefully.

There are two parts to this document. The first part is a letter from Mark Moody, WEA Trust Vice President of Field Services. The second part is from Caremark who is the prescription drug company that the WEA Trust uses.

In summary, Walgreens is having a dispute with Caremark and are withdrawing from the Caremark pharmacy network. This means that they will not submit claims on behalf of WEA Trust members, (they won't fill your prescriptions) as of November 13. The letters below contain more detail.

This effects WEA Trust insured members only.

The KEA will update members on this situation as changes occur via e-mail and through www.keanow.com.

I am writing to give you some urgent news.

We have received word from Caremark, the company that administers our prescription drug program, that Walgreen's pharmacies have elected to withdraw from Caremark's retail pharmacy network for the WEA Trust. As early as Tuesday, November 13, 2007 , Walgreen's will not honor the Trust ID card and submit claims on behalf of our members.

This action stems from a contract dispute between Walgreens and Caremark. In order to put pressure on Caremark, Walgreens has unilaterally, and without provocation, decided that they will no longer serve Trust-insured public school employees and their families. Walgreens has also cancelled participation for four other major corporations in the upper Midwest. Walgreens has callously elected to do this without providing sufficient time for their patrons to transfer their prescriptions in an orderly fashion. They have done nothing to inform or prepare their customers for this change. In their quest for more profits, they have disregarded their ethical and contractual responsibilities to provide adequate notice of their action and will inconvenience thousands of our members.

We are shocked and deeply disappointed by the reprehensible actions of Walgreens pharmacies, and we have been working diligently for the last few days to convince them to reverse their decision or give us sufficient time to notify all our members. It is now apparent they are irrevocably committed to this unfortunate course of action.

Here is what we are doing to help members who are likely to be inconvenienced by Walgreens:

- Trust health plan members who have visited Walgreens pharmacies in the last 90 days will receive a letter from Caremark in the next couple of days advising them of Walgreens' action and suggesting three alternate pharmacies they can use. A copy of this letter is attached.
- In addition to the letter, members whom we have identified as needing immediate assistance in transferring their prescription to another pharmacy will receive a phone call offering them information and guidance.
- We have asked, and Caremark has agreed, to increase their customer service staff to ensure that Trust members who call can get through and get information and assistance.
- The WEA Trust Web site will have information for members who have questions about this issue and what they need to do.
- Members can register at the Caremark Web site and search for alternate pharmacies.
- Caremark will follow this up with another mailing to *all* health plan members telling them that Walgreens is no longer an in-network pharmacy.
- If a health plan member needs to fill their prescription immediately and they are unable to make arrangements with an in-network pharmacy to purchase their prescription drugs, they may purchase their prescription drugs from Walgreens and submit the claim to Caremark for reimbursement. For prescription drugs purchased from Walgreens through December 8, 2007, the Trust will ensure that members incur no more out-of-pocket cost than they would have incurred if they had filled their prescription from an in-network pharmacy.

The letter to members with prescriptions recently filled at Walgreens indicates that Walgreens might not submit claims on their behalf as early as tomorrow, November 9. The extension to November 13 is a result of a court order to allow time to notify the individuals affected.

We will keep you apprised of the situation as new information becomes available.

Please contact your Trust Field Representative if you have any questions in the meantime.

Members may visit our Web site or contact our customer service staff or Caremark with questions about participating pharmacies or how to transfer their prescriptions.


Mark B. Moody
Vice President, Field Services
WEA Trust

_____

Dear Plan Participant:

We at Caremark are pleased to administer the prescription benefit portion of your health plan for WEA Trust. As part of this service, we are alerting you to the possibility that Walgreens pharmacies may refuse to submit your prescriptions for reimbursement by WEA Trust on your behalf. Walgreens recently informed us that they will be terminating participation as part of the retail pharmacy network for The WEA Trust and a number of our other customers in the upper Midwest effective November 9, 2007.

If Walgreens refuses to fill your prescription using your prescription benefit, we recommend you transfer your prescriptions to a retail pharmacy that continues to participate in our network. To assist you with the transition to another participating pharmacy in the Caremark Retail Pharmacy Network, we have identified three participating pharmacies closest to your home where you can use your prescription benefit.

[PHARMACY NAME/ADDRESS PHONE]

[PHARMACY NAME/ADDRESS PHONE]

[PHARMACY NAME/ADDRESS PHONE]

You may also locate other in-network pharmacies by registering at www.caremark.comYou com on and using the "Find a Local Pharmacy" feature the Web site. You will receive the full benefit of your WEA Trust prescription benefit plan at any in-network pharmacy. The Caremark Retail Pharmacy Network includes 934 Wisconsin locations, more than eight out of ten pharmacy locations within the State, and nearly nine out of every ten pharmacies in the nation.

If you are unable to find another pharmacy on such short notice and need to fill your prescription immediately, Walgreens may require you to pay for the drugs in full at the time they are dispensed. If that should happen, you may submit your claim to Caremark for payment. Please call Caremark Customer Care toll-free at

1-866-818-6912 for details on how to submit claims.

**Easy to Switch**

If you have an existing prescription at Walgreens with refills remaining, in most cases* you can easily have your new pharmacy transfer the prescription for you.

> • Call or visit the nearest participating retail pharmacy (listed above). Bring your prescription container to the pharmacy or provide the necessary information on the label to the pharmacist over the phone and the new pharmacy will handle your next refill.

> • You do not need to return to Walgreens to transfer your prescription. The prescription container has all the information needed.

New prescriptions may be filled at any participating network pharmacy.

If you have an existing prescription at Walgreens, we recommend that you transfer your prescriptions to an in-network pharmacy as soon as possible in order to avoid unanticipated out of pocket costs in excess of your copayment**. This will also help you avoid any possible delays and ensure that you receive your next refill in a timely way.

Sincerely,

Caremark

*For some medications (i.e., controlled substances, compounds, expired prescriptions and prescriptions with no refills, etc.) a new

prescription will be necessary.

**Copayment, coinsurance or copay means the amount a plan participant is required to pay for a prescription in accordance with a Plan, which may be a deductible, a percentage of the prescription price, a fixed amount or other charge, with the balance, if any, paid by a Plan.

Your privacy is important to us. Our employees are trained regarding the appropriate way to handle your private health information.

Christopher Perillo
President
Kenosha Education Association
5610 55th Street
Kenosha , Wisconsin 53144-2295
(262) 654-2127 ext. 13 - Phone
(262) 654-1757 - FAX

Confidentiality Notice
This electronic transmission and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. Dissemination, forwarding, printing, or copying of this electronic transmission without the consent of the sender is strictly prohibited. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error, please immediately notify the sender by return mail.