# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | (312) 558-5600 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (312) 558-5700<br>www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

PETER J. KOCORAS
(312) 558-5683
pkocoras@winston.com

November 15, 2007

**VIA HAND & E-MAIL DELIVERY**
The Honorable Mark Filip
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: *CaremarkPCS Health, L.P. v. Walgreen Co.*, No. 07 C 6272

Dear Judge Filip:

    To ensure compliance with Fed. R. Civ. P. 65(d), plaintiff CaremarkPCS Health, L.P. ("Caremark") respectfully submits the enclosed proposed Temporary Restraining Order reflecting the Court's rulings at the hearing on November 13, 2007. See *Blue Cross and Blue Shield Assn. v. American Express Co.*, 467 F.3d 634, 636-37 (7th Cir. 2007) ("[Rule 65(d)] is an old rule, easy to understand and easy to follow; that it should be ignored repeatedly by both the judge and counsel in large-stakes commercial litigation is unfathomable.").

    Counsel for Caremark provided the enclosed proposed Temporary Restraining Order to counsel for Walgreen Co. ("Walgreens") last evening. Counsel for Walgreens told me this afternoon that they have not determined whether they will object to the proposed Order and will advise the Court separately of Walgreens' position.

              Very truly yours,

               *Peter J. Kocoras*
               Peter J. Kocoras
               Attorney for Plaintiff CaremarkPCS Health, L.P.

Enclosure
cc: Andrew B. Bloomer, counsel for Defendant Walgreen Co. (via e-mail, w/ enclosure)
   Michael A. Duffy, counsel for Defendant Walgreen Co. (via e-mail, w/ enclosure)