# Exhibit A

1

```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

CAREMARK PCS HEALTH, L.P.,      )
                                ) Docket No. 07 C 6272
              Plaintiff,        )
                                ) Chicago, Illinois
         v                      ) November 13, 2007
                                ) 1:30 p.m.
WALGREEN COMPANY, an            )
Illinois corporation,           )
                                )
              Defendant         )


                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE MARK R. FILIP

PRESENT:

For the Plaintiff:       HOWARD M. PEARL
                         PETER J. KOCORAS
                         Winston & Strawn LLP
                         35 East Wacker Drive
                         Chicago, Illinois  60601-9703


For the Defendant:       ANDREW B. BLOOMER
                         RICHARD C. GODFREY
                         MICHAEL A. DUFFY
                         Kirkland & Ellis LLP
                         200 East Randolph Drive
                         Chicago, Illinois  60601








Court Reporter:          Lois A. LaCorte
                         219 South Dearborn   Room 1918
                         Chicago, Illinois 60604
                         (312) 435-5558
```

1   This is a breach of contract case, and it's a breach of
2   contract case on a hyper accelerated period, meaning the
3   period in this case is limited. No one is going back over
4   years to talk about alleged damages.
5   So the first question confronting the court is is there
6   an adequate remedy at law here for this plaintiff on a claim
7   for breach of contract. And what they have said is "Well, we
8   suffered direct damages." They're at least $75,000, they know
9   that for sure, and we have had people who have gone out and
10  been contacting plan participants and doing other things and
11  that's additional cost. All of this is the type of stuff day
12  in and day out in this court and other courts that's
13  monetizable. That's the first point.
14  If there is an adequate remedy at law, and there is, and
15  that's not something I think is even disputed, it's confirmed
16  by the plaintiff with its filings and certainly its letter
17  today, then the question ends there.
18  The question of irreparable harm. I don't think anyone
19  would disagree with the idea that one can contemplate dire
20  situations for any particular person, but irreparable harm,
21  like any other requirement, can't be based on speculation.
22  And there is a point here that I think is overlooked and that
23  is this contract goes back to 2001. From 2001 through July of
24  2007, according to the plaintiffs, there is a 10-day
25  termination period.