# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6272 | **DATE** | 11/21/2007 |
| **CASE TITLE** | CAREMARKPCS HEALTH vs. WALGREEN CO | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's emergency motion for a temporary restraining order is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|