# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6272 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Caremark vs. Walgreen Co. | | |

**DOCKET ENTRY TEXT**

Status hearing held. By agreement of the parties, the above-entitled case is dismissed without prejudice in favor of arbitration.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|