# Civil Bond

## To View
## See Docketing Supervisor