# CaremarkPCS Health v. Walgreen Co. (2584.88)
## Index of Exhibits Filed

| Date Filed | Document Filed With | Exhibit | Description |
|---|---|---|---|
| 11/30/2007 | Plaintiff's Unopposed Motion for Release of TRO Bond | A | Caremark v. Walgreens TRO Bond |
| 11/30/2007 | Plaintiff's Unopposed Motion for Release of TRO Bond | B | 11/28/2007 Minute Order |

# EXHIBIT A



SAFECO INSURANCE COMPANY OF AMERICA
HOME OFFICE; SAFECO PLAZA
SEATTLE, WASHINGTON 98185

Bond No. 6499430

CaremarkPCS Health, L.P.
                      Plaintiff
vs.

Walgreen Co..
                      Defendant

TEMPORARY RESTRAINING ORDER

Illinois Northern District Court
Case No.: 1:2007cv06272

      WHEREAS, by Order of the above entitled Court, Plaintiff <u>CaremarkPCS Health, L.P.</u>, was required to file an undertaking in the sum of <u>Twenty Five Thousand and No/100 ($25,000.00)</u> DOLLARS as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant <u>Walgreen Co.</u>, from the commission of certain acts as more fully set forth in said order.

      NOW, THEREFORE, <u>Safeco Insurance Company of America</u>, a corporation organized and existing under the laws of the State of <u>Washington</u> and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant <u>Walgreen Co.</u> and such damages not exceeding the amount of <u>Twenty Five Thousand ($25,000.00)</u> DOLLARS as the Defendant <u>Walgreen Co.</u> may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained and without sufficient cause.

      IN WITNESS WHEREOF, we have set our hand and seal the <u>20th</u> day of <u>November, 2007</u>.

Safeco Insurance Company of America

_Patricia A. Hopgood_ (signature)
Patricia A. Hopgood, Attorney-In-Fact

**RECEIVED**

NOV 27 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**



**POWER OF ATTORNEY**

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

**KNOW ALL BY THESE PRESENTS:**

No. 4271

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

******************MARY BERRY-SPARTOS; PATRICIA A. HOPGOOD; ROGER G. REGNIER; Boston, Massachusetts***************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

**IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents**

this __21st__ day of __December__, __2006__

_____          _____
STEPHANIE DALEY-WATSON, SECRETARY         TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
 (i) The provisions of Article V, Section 13 of the By-Laws, and
 (ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
 (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson, Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this __26th__ day of __November__, __2007__

_____
STEPHANIE DALEY-WATSON, SECRETARY

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05                                                                                                        WEB PDF

**RECEIVED**

**NOV 27 2007**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

# EXHIBIT B

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6272 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Caremark vs. Walgreen Co. | | |

**DOCKET ENTRY TEXT**

Status hearing held. By agreement of the parties, the above-entitled case is dismissed without prejudice in favor of arbitration.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|