IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAREMARKPCS HEALTH, L.P., a Delaware Limited Partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 07 C 6272 |
| vs. | ) ) | |
| | ) | Judge Filip |
| WALGREEN CO., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF UNOPPOSED MOTION FOR**
**RELEASE OF TEMPORARY RESTRAINING ORDER BOND**

    **PLEASE TAKE NOTICE** that, on December 6, 2007 at 9:30 a.m., counsel for Plaintiff, CaremarkPCS Health, L.P, will appear before the Honorable Mark Filip in the courtroom usually occupied by him, Room 1919 of Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present CAREMARKPCS HEALTH, L.P.'S UNOPPOSED MOTION FOR RELEASE OF TEMPORARY RESTRAINING ORDER BOND.

Date: November 30, 2007

                                              Respectfully submitted,

                                              CAREMARKPCS HEALTH, L.P.


                                              By:  /s/ Peter J. Kocoras
                                                    One of Plaintiff's Attorneys

Howard M. Pearl
Peter J. Kocoras
Courtney M. Oliva
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (telephone)
(312-558-5700 (facsimile)

**CERTIFICATE OF SERVICE**

    The undersigned attorney states that he caused a true and correct copy of the foregoing NOTICE OF UNOPPOSED MOTION FOR RELEASE OF TEMPORARY RESTRAINING ORDER BOND to be filed with the clerk of the court on November 30, 2007, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard C. Godfrey, Esq.
Andrew B. Bloomer, Esq.
Michael A. Duffy, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
(Tel): 312-861-2000
(Fax): 312-861-2200

                                              By:   /s/ Peter J. Kocoras
                                                      Attorney for CaremarkPCS Health, L.P.