# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

CaremarkPCS Health L.P.

                       Plaintiff,

v.                                         Case No.: 1:07–cv–06272
                                              Honorable Mark Filip

Walgreen Co.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2007:

       MINUTE entry before Judge Mark Filip :Plaintiff's Unopposed Motion for release of Temporary Restraining Order bond obligation [33] is granted. TRO bond [32] to be released by the court.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.