United States District Court
For the Northern District of Illinois
Eastern Division

FILED
12-4-2007
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Caremark PCS Health L.P.

vs.

Walgreen Co.

Case No. 07 C 6272

Judge: Filip

## Notice of Removal of Material

## From the Custody of the Clerk's Office

The following item(s) was/were removed from the custody of the Clerk's Office by the undersigned, who is representing (plaintiff):

**Describe:** Document number 32, Civil bond in the amount of $25,000.00 posted by Caremark PCS Health L.P. pursuant to the court's order dated 12/03/07.

I, Jeffery Jones, am authorized to remove the above described
(Print Name)

document(s) from the court.

**Signature:** Jeffrey Jones    **Firm:** Winston & Strawn

**By:** _____    **Date:** 12/4/07
**Deputy Clerk**